Writ of Mandamus 1 of 3

This document contains some pages that are of poor quality at the time of imaging.

83,735-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

Albert J. Sanchez          Vs.          16th AUG 14 2017 District Court

neal unit                                    of Denton Abel Acosta, Clerk Texas

9055 spur 591                            P.O. Box 2146

Amarillo Texas 79107              Denton, Texas 76202

Trial Court Cause F-2012-1172 A

Mandamus is extraordinary Remedy, available when trial court abuses its discretion and when there is no Adequate Remedy by appeal. In Re Hewlett Packard.

Appellant Alberto Jorge Sanchez Filed a timely notice of appeal on 7-8-17, at that date and time appellant requested appointment of counsel and Requested a copy of the transcripts to forfill his liberty rights to appeal under Vernons Ann Rule of Appellate procedure Article 11.07.

The 16th District Court Responded by sending an application for writ of Habeas Corpus Application but did not forfill the Request for appointment of counsel or the Request for all affidavits

documents in concern or affiliated with this cause and the transcripts. These documents are vital to all appellants who appeal and the courts discretion is in abuse when it denies its authority. Appellant request this court to order all affadavits, documents and transcripts to be presented to appellant for appeal

Appellant also request appointment of counsel be inforced as appellant cannot afford the cost of counsel and has the legal right to assistance of appellate counsel during direct appeal article 11.07 and Federal rule of civil Procedure Key 195-1 Criminal law Key 641.71 Trial law Key 94. please mandate the 16 District Court of Denton County Texas to comply with all these aspects and allowe appellant to proceed with his legal rights to the appellate process

presented to this court on this 10th day of August 2015

August 10th 2015

Unsworn                    Declaration

I swear under penalties of perjury that the statements within this writ of mandamus are true and correct to the best of my ability issued ~~this~~ day ~~of July 2015~~

this 10th day of August 2015

*Alberto Sanchez*

August 10th 2015



Certificate    of    Service

I swear under penalties of perjury that I placed a writ of mandamus in the U.S. mail on this the 10th day of ~~July~~ August 2015 serving The 16th district court of Donton County Tx and the court of Appeals for the district of Texas

*Alberto Sanchez*

August 10th 2015